# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-411-KJD-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| ROBERT MARCELLUS JONES, JR., | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, July 20, 2021 at 9:00 a.m., be vacated and continued to  September 7, 2021  at the hour of  10: 00   a .m.; or to a time and date convenient to the court.

DATED this 2nd  day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE