```
          X   FILED            RECEIVED
              ENTERED          SERVED ON
                        COUNSEL/PARTIES OF RECORD

                    December 14, 2021

              CLERK US DISTRICT COURT
                DISTRICT OF NEVADA
          BY:                        DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT MARCELLUS JONES, JR.,<br><br>　　　　Defendant. | 2:18-CR-411-KJD-DJA<br><br>**Amended Final Order of Forfeiture** |

　　　　The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 2253(a)(1) and 2253(a)(3); 18 U.S.C. § 2428(a)(1); and 18 U.S.C. § 2428(b)(1)(A) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Robert Marcellus Jones, Jr., to the criminal offenses, forfeiting the property set forth in the Plea Agreement and shown by the United States to have the requisite nexus to the offenses to which Robert Marcellus Jones, Jr., pled guilty. Superseding Criminal Indictment, ECF No. 28; Change of Plea, ECF No. 53; Plea Agreement, ECF No. 55; Preliminary Order of Forfeiture, ECF No. 59.

　　　　This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

　　　　This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

consecutively from February 12, 2020, through March 12, 2020, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 61-1, p. 5.

On March 18, 2020, Ivy Y. Coleman filed a Petition for Remission, ECF No. 60.

On April 10, 2020, the United States filed a Stipulation for Entry of Order of Forfeiture as to Ivy Y. Coleman, and Order, ECF No. 62.

On April 13, 2020, the Court granted the Stipulation for Entry of Order of Forfeiture as to Ivy Y. Coleman, ECF No. 63.

This Court finds no other petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1) and 2253(a)(3); 18 U.S.C. § 2428(a)(1); 18 U.S.C. § 2428(b)(1)(A) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. Samsung Galaxy Note 9 cell phone, IMEI: 358496098457300;
2. Apple iPhone, IMEI: 357264091149113;
3. Apple iPhone, IMEI: 353053090331994;
4. Cricket ZTE cell phone, Model Z988, SN: 324565343429;
5. Samsung Galaxy Mega cell phone, Model: SGH-I527, SN: RF2F40Q58KK;
6. Cricket ZTE cell phone, Model Z988, SN: 324565343886; and
7. Samsung Galaxy S5 cell phone, Model: SM-G900A, IMEI: 353411062051935

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property shall be disposed of according to law and the Stipulation.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED <u>December 14,</u> 2021.

                                                    KENT J. DAWSON
                                                    UNITED STATES DISTRICT JUDGE