RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Robert Marcellus Jones, Jr.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT MARCELLUS JONES, JR.,<br><br>　　　　　Defendant. | Case No. 2:18-CR-411-KJD-DJA<br><br>**STIPULATION TO CONTINUE RESTITUTION HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Robert Marcellus Jones, Jr., that the Restitution Hearing currently scheduled on March 22, 2022, at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Mr. Jones is still in transit to his BOP facility. Mr. Jones waived his physical appearance at the restitution hearing, but wants to appear via video. Coordinating a video appearance will be much easier once Mr. Jones arrives at his designated facility.

2. Defense counsel has a conflict with the current time/date.

3. The parties agree to the continuance.

This is the second request for a continuance of the restitution hearing.

DATED this 9th day of March 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | */s/ Brian Y. Whang*<br>By_____<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT MARCELLUS JONES, JR.,<br><br>　　　　　Defendant. | Case No. 2:18-CR-411-KJD-DJA<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the restitution hearing currently scheduled for March 22, 2022, at 10:30 a.m., be vacated and continued to May 10, 2022 at the hour of 12:00 p.m. in courtroom 4A.

　　　DATED this 10th day of March 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3